IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00886-MSK-PAC

MARK JORDAN,

    Petitioner,

v.

W.A. SHERROD, Warden, FCI Englewood,

    Respondent.

_____

### ORDER DISMISSING PETITION AS MOOT
_____

**THIS MATTER** comes before the Court pursuant to the Petitioner's Petition **(# 2)**, the Respondent's response **(# 8)**, and the Petitioner's reply **(# 9)**.

Both the response and the reply agree that the claims in the Petition are now moot. Accordingly, the Petition **(# 2)** is **DISMISSED** as moot, and the Clerk of the Court is directed to close this case.

Dated this 4th day of August, 2005

        **BY THE COURT:**

        *[signature: Marcia S. Krieger]*
        _____

        Marcia S. Krieger
        United States District Judge